ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
ANTHONY DENSON,

           Plaintiff,

           22 Civ. 6979 (LLS)

   - against -

           ORDER

UNITED STATES OF AMERICA,

           Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 3, 2023

                          *Louis L. Stanton*
                          LOUIS L. STANTON
                              U.S.D.J.